| United States of America vs. | United States District Court for THE DISTRICT OF NEBRASKA |
|---|---|
| **DEFENDANT** VAUGHT, Freddie Melton | **DOCKET NO.** CR 81-0-51 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

**COUNSEL**
In the presence of the attorney for the government the defendant appeared in person on this date

| MONTH | DAY | YEAR |
|---|---|---|
| 10 | 30 | 81 |

[ ] WITHOUT COUNSEL — However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL  Eric W. Kruger
(Name of counsel)

**PLEA**
[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,
[ ] NOLO CONTENDERE,
[ ] NOT GUILTY

FILED
DISTRICT OF NEBRASKA
AT _____
OCT 30 1981
William L. Olson, Clerk

There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[X] GUILTY.

**FINDING & JUDGMENT**
Defendant has been convicted as charged of the offense(s) of Mail fraud in violation of Title 18, United States Code, Section 1341. Counts 2 and 3.

**SENTENCE OR PROBATION ORDER**
The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

Five (5) years as to Count 2.

Five (5) years as to Count 3.

Said sentences to run concurrently; Upon the oral motion of the Government all remaining counts are dismissed.

**SPECIAL CONDITIONS OF PROBATION**
IT IS FURTHUR ORDERED that the sentence the defendant received in the above captioned case shall run concurrently with the sentences the defendant received in CR 81-0-52, U.S.A. v. CHRISTENSEN, John Edward, etc., and CR 79-0-73, U.S.A. v CHRISTENSEN, John Edward, etc.

**ADDITIONAL CONDITIONS OF PROBATION**
In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**
The court orders commitment to the custody of the Attorney General and recommends,

Minimum security facility, such as Allenwood, Pennsylvania; Danbury, Connecticut; Otsville, New York.

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

**SIGNED BY**
[X] U.S. District Judge
ALBERT G. SCHATZ
Date 30 Oct 81
[ ] U.S. Magistrate

**GENERAL CONDITIONS OF PROBATION**

Where probation has been ordered the defendant shall, during the period of probation, conduct himself as a law-abiding, industrious citizen and observe all conditions of probation prescribed by the court. **TO THE DEFENDANT** — You shall:
(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
(2) associate only with law-abiding persons and maintain reasonable hours;
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him prior to job changes);
(4) not leave the judicial district without permission of the probation officer;
(5) notify your probation officer immediately of any change in your place of residence;
(6) follow the probation officer's instructions and report as directed.

The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

---

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Attorney General, with a certified copy of the within Judgment and Commitment.

_____
United States Marshal.

By _____
Deputy Marshal.